UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Karina Munoz,

                Plaintiff,

-against-

Encore Community Services, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/05/2024

1:24-cv-00990 (DLC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      In accordance with Judge Cote's Pretrial Scheduling Order (Pretrial Scheduling Order, ECF No. 16), the parties were due to contact the undersigned's Chambers prior to August 30, 2024, to schedule settlement discussions to take place in February 2025. (*Id.* at 1.) After the Court did not receive such contact, it sent an email to counsel directing a response by a date certain to supply mutually agreeable settlement conference dates in order to get a settlement conference on the calendar. (9/3/24 Email from Chambers to Counsel.)

      Today, counsel informed the undersigned that a mediation has been scheduled through the S.D.N.Y. ADR Unit to take place on October 10, 2024. (9/5/24 Joint Email from Counsel to Chambers.) Accordingly, counsel jointly requested an extension of time to request a settlement conference until after the mediation concludes. (*Id.*)

      The parties' joint request is GRANTED. The parties shall submit a status letter addressed to the undersigned no later than seven days following the conclusion of the scheduled mediation and if applicable, indicate therein four dates when counsel and their clients are available for a settlement conference in February 2025, whether the parties are available in the morning or afternoon, and whether the parties prefer a remote or in-person settlement conference.

Nothing herein modifies any other deadline included in the Pretrial Scheduling Order.

**SO ORDERED.**

Dated:   New York, New York
         September 5, 2024

_____
STEWART D. AARON
United States Magistrate Judge